**Opinion filed January 11, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00285-CV
_____

## CYNTHIA G. RUDDICK; DAVID R. RASCO; AND ALIEN MANUFACTURING, INC., Appellants

## V.

## E & E SERVICE & SUPPLY, INC., Appellee

**On Appeal from the County Court at Law**
**Ector County, Texas**
**Trial Court Cause No. CC-23,487**

### M E M O R A N D U M   O P I N I O N

Appellants have filed in this court an unopposed motion to dismiss this appeal. In the motion, Appellants state that the "parties have settled their dispute" and, as a condition of the settlement, Appellants have agreed to dismiss this appeal. Appellants request that we dismiss this appeal, and the parties agree that "all parties shall bear their own costs." *See* TEX. R. APP. P. 42.1. Appellants previously filed a motion for extension of time to file their notice of appeal. We dismiss that motion as moot.

Accordingly, we grant Appellants' motion to dismiss and dismiss this appeal. We also dismiss Appellants' motion for extension of time to file their notice of appeal as moot.

W. STACY TROTTER

JUSTICE

January 11, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.